## MEMORANDUM DECISIONS

William E. COTTINGHAM et al., Plaintiffs in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Sixth Circuit. April 11, 1924.) No. 3909. In Error to the District Court of the United States, for the Eastern District of Kentucky; Andrew M. J. Cochran, Judge. Gilbert Bettman, of Cincinnati, Ohio (Bettman, Riesenberg, Cohen & Steltenpohl, A. G. Riesenberg, and L. H. Steltenpohl, all of Cincinnati, Ohio, on the brief), for plaintiffs in error. Sawyer A. Smith, U. S. Atty., of Covington, Ky. (John E. Shepard and Rodney G. Bryson, Asst. U. S. Attys., both of Covington, Ky., on the brief), for the United States. Before DENISON, MACK, and DONAHUE, Circuit Judges.

PER CURIAM. The charge must be taken all together. So read, it sufficiently stated the necessity of finding that the acts of possession or sale were pursuant to a precedent common plan. We cannot think that the jury was likely to be misled in this particular by such parts of the charge as are now claimed to indicate that guilt of conspiracy might be predicated merely upon these acts and in the absence of any common plan. The judgment is affirmed.

---

James GELWAN, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. March 4, 1924.) No. 273. In Error to the District Court of the United States for the Southern District of New York. Abraham Solomon, of New York City, for the defendant in error. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

LEWY CHEMICAL COMPANY, Plaintiff-Appellant, v. ROSETH CORPORATION, Defendant-Appellee. (Circuit Court of Appeals, Second Circuit. March 10, 1924.) No. 264. Appeal from the District Court of the United States for the Eastern District of New York. Henry J. Lucke, of New York City, for appellant. Munn, Anderson & Munn, of New York City (T. Hart Anderson, of New York City, of counsel), for appellee. Before HOUGH, MANTON and MAYER, Circuit Judges.

PER CURIAM. Affirmed, on the opinion of Campbell, District Judge. 290 Fed. 529.